# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| KEITH ANDERSON; MATTHEW COOPER; and SABRINA WARNER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.  3:19-cv-01151 |
| AMAZON.COM, INC.; WALMART, INC., WAL-MART.COM USA, LLC; and EBAY, INC., | ) ) ) ) | Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley |
| Defendants. | ) ) | |

## DEFENDANTS WALMART, INC. AND WAL-MART.COM USA, LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS

Defendants Walmart, Inc. and Wal-Mart.com USA, LLC (collectively "Walmart") move the Court to compel Plaintiff Keith Anderson ("Anderson") to pursue his claims against Walmart in an individual arbitration proceeding pursuant to the arbitration provision found in Walmart.com's website Terms of Use, to which Anderson expressly agreed by placing his order for the products at issue.  In support of this Motion, Walmart states:

1.  The Federal Arbitration Act, 9 U.S.C. §§ 1–16 ("FAA") governs here, and there is a strong federal policy in favor of arbitration;

2.  Under the FAA, an agreement to arbitrate contained in a written contract involving interstate commerce is "valid, irrevocable, and enforceable…"  9 U.S.C. § 2.

3.  By choosing to purchase these products online, Plaintiff is bound by the Walmart website Terms of Use, which contains an arbitration provision and a class action waiver;

1

4.     The arbitration provision in the Terms of Use provides that "all disputes arising out of or related to … any aspect of the relationship between you and Walmart, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, will be resolved" in individual arbitration proceedings; and

5.     Applying the four-factor test set forth by the Sixth Circuit for determining when arbitration is mandated, Anderson's claims against Walmart must be compelled to arbitration and this matter must be dismissed. *See Andrews v. TD Ameritrade, Inc.*, 596 F. App'x 366, 371 (6th Cir. 2014) (citing *Fazio v. Lehman Bros., Inc.*, 340 F.3d 386, 392 (6th Cir. 2003)).

In support of this Motion, Walmart submits a Memorandum in Support and the supporting Declarations of Paola Catania and David Comer.

WHEREFORE, Walmart respectfully requests the Court to compel Plaintiff Keith Anderson to submit to individual arbitration, and to dismiss this action in its entirety as to Walmart.

Respectfully submitted,

s/*Austin K. Purvis*
Samuel L. Felker (TN BPR No. 9045)
Austin K. Purvis  (TN BPR No. 32329)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone:     (615) 726-5706
Facsimile:     (615) 744-5706
samfelker@bakerdonelson.com
apurvis@bakerdonelson.com

*Counsel for Walmart*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a copy of the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered with the Court's electronic filing system, including the following:

Dan Channing Stanley
Richard E. Collins
STANLEY, KURTZ & COLLINS, PLLC
422 S. Gay Street, Suite 301
Knoxville, TN 37902

Lauren Paxton Roberts
STITES &HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801

Lela Hollabaugh
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street
Suite 700
Nashville, TN 37203

this 3rd day of April, 2020.

s/*Austin K. Purvis*
Austin K. Purvis

3